UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:12-cv-23568-CMA

Wi-LAN USA, INC. and Wi-LAN, INC.,

    Plaintiffs,

v.

ALCATEL-LUCENT USA INC.

    Defendant.
_____

PLAINTIFFS' NOTICE OF SIMILAR ACTION

Pursuant to Local Rule 3.8, Plaintiffs Wi-LAN USA, Inc. and Wi-LAN, Inc. (collectively Wi-LAN) hereby bring to the Court's attention the existence of a pending, subsequently filed complaint within this District that could be considered "similar" pursuant to Section 2.15.00(c) of the Court's Internal Operating Procedures.  Both cases involve the same patents and similar allegations of infringement.  Currently pending before Chief Judge Moreno is the following case:

Wi-LAN USA, Inc. *et al* v. Ericsson, Inc. *et al*, Case No. 1:12-cv-23569-FAM.

**CARLSON & LEWITTES, P.A.**

By:    s/Curtis Carlson
      Curtis Carlson
      Florida Bar No. 236640
      1200 Suntrust International Center
      One Southeast Third Avenue
      Miami, Florida 33131
      Telephone: (305) 372-9700
      Facsimile: (305) 372-8265
      **carlson@carlson-law.net**

*Of Counsel:*

David B. Weaver
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, TX 78746
Tel: (512) 542-8400
Fax: (512) 542-8612
**dweaver@velaw.com**

DATED:  October 11, 2012