# RETURN OF NON-SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 12-CV-23569-MORENO/OTAZO-REYES

Plaintiff:
**Wi-Lan USA, Inc., and Wi-Lan Inc.**

vs.

Defendant:
**Telefonaktiebolaget LM Ericsson, and Ericsson Inc.**

For:
Curtis Carlson
Carlson & Lewittes, P.A.
One Southeast Third Avenue
Suite 1200
Miami, FL 33131

Received by Service of Process, Inc. on the 4th day of October, 2012 at 11:46 am to be served on **Elefonaktiebolaget LM Ericsson c/o NRAI Services, Inc., 515 E. Park Avenue, Tallahassee, FL 32301**.

I, Michael C. Nolan, do hereby affirm that on the **5th day of October, 2012** at **9:30 am, I:**

**NON-SERVED** the **Summons in a Civil Action, Complaint with Exhibits** for the reason that I failed to find **Elefonaktiebolaget LM Ericsson c/o NRAI Services, Inc.** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/5/2012 9:30 am Service Refused. NRAI Services, Inc. is not the Registered Agent for the named entity.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Michael C. Nolan**
Certified Process Server, #111

**Service of Process, Inc.**
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: MCN-2012007774

Copyright © 1992-2010 Database Services, Inc. - Process Server's Toolbox V6.4i