# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 1:12-CV-23569-DMM

Plaintiff:
**Wi-Lan USA, Inc., and Wi-Lan Inc.**

vs.

Defendant:
**Telefonaktiebolaget LM Errisson, and Ericsson Inc.**

For:
Curtis Carlson
Carlson & Lewittes, P.A.
One Southeast Third Avenue
Suite 1200
Miami, FL 33131

Received by Service of Process, Inc. on the 16th day of November, 2012 at 10:40 am to be served on **Ericsson Inc. d/b/a ESU Inc. c/o NRAI Services, Inc., 515 E. Park Avenue, Tallahassee, FL 32301.**

I, Michael C. Nolan, do hereby affirm that on the **16th day of November, 2012 at 1:40 pm,** I:

**CORPORATE:** served by delivering a true copy of the **Summons in a Civil Action, Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Chris Flores as Authorized Representative of Registered Agent** for the Registered Agent of Ericsson Inc. d/b/a ESU Inc. c/o NRAI Services, Inc. at the address of: **515 E. Park Avenue, Tallahassee, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Michael C. Nolan
Certified Process Server, #111

Service of Process, Inc.
Post Office Box 45-2354
Miami, FL 33245-2354
(305) 226-6809

Our Job Serial Number: MCN-2012009080

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n