UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-23569-Civ-Middlebrooks/Brannon

Wi-LAN USA, INC., et al.,

    Plaintiff(s),

vs.

ERICSSON, INC. et al.,

    Defendant(s).

_____/



FILED by ___ D.C.
NOV 27 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER

THIS CAUSE is before the Court on an Order of Reference (DE 13) from U.S. District Judge Donald M. Middlebrooks to conduct a scheduling conference pursuant to Local Rule 16.1(b). Accordingly, the Court ORDERS the following:

(1)    A telephonic scheduling conference shall be held before the undersigned at **11:00 a.m. on December 13, 2012.** Forty-eight hours prior to the scheduling conference, counsel for Plaintiff shall contact the Court at (561) 803-3470 and provide the phone number(s) at which the parties wish to be contacted on the day of the conference. Plaintiff shall also be responsible for conferencing in opposing counsel. Attendance is mandatory. Failure to attend may result in sanctions. Because of the expedited nature of this conference, the parties are relieved of Local Rule 16.1(b)'s requirement of submitting a conference report and proposed order. The parties are advised that the Court will enter a Pretrial Scheduling Order following the scheduling conference, and that it will be the duty of counsel to comply with the schedule set forth therein to ensure an expeditious resolution of this cause.

(2) Counsel for Plaintiff, or Plaintiff if proceeding pro se, shall provide notice of the requirements of Local Rule 16.1(b) to each Defendant or their counsel, as soon as possible after service of process on the respective Defendant(s). Plaintiff's counsel shall also provide notice of this Order and its requirements to all Defendants to ensure timely compliance therewith.

(3) Among other things, the Court will discuss the following matters with counsel at the scheduling conference:

    (a) the likelihood of settlement, the appropriateness of court-ordered mediation for this case, and the scheduling of such mediation;

    (b) the parties' consent to a specially-set trial before the undersigned magistrate judge, pursuant to 28 U.S.C. § 636(c); and

    (c) pretrial procedures with respect to the filing and disposition of motions, compliance with the local rules, and related matters.

(4) The Court anticipates that the scheduling conference will not exceed 10-15 minutes. Do not telephone Chambers with questions. Any questions may be addressed at the scheduling conference.

DONE AND ORDERED in Chambers, at West Palm Beach, Florida, this 27th day of November, 2012.

_____
DAVE LEE BRANNON
U.S. MAGISTRATE JUDGE