UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO. 12-CV-23569-MIDDLEBROOKS

WI-LAN USA, INC., WI-LAN INC.,

    Plaintiffs,

    v.                          JURY TRIAL DEMANDED

TELEFONAKTIEBOLAGET LM
ERICSSON and ERICSSON INC.,

    Defendants.

_____/

## JOINT NOTICE OF FINAL SETTLEMENT

Plaintiffs Wi-LAN USA Inc. and Wi-LAN Inc. (collectively, "Wi-LAN") and Defendants Telefonaktiebolaget LM Ericsson and Ericsson Inc. (collectively, "Ericsson" and, together with Wi-LAN, the "Parties"), jointly notify the Court that they have entered into a final confidential settlement agreement resolving all claims in this action. The Parties are currently carrying out their obligations under the settlement agreement, and expect to promptly file a joint stipulation of dismissal of this action this week.

Dated: June 12, 2017                             Respectfully submitted,

| /s/ James W. Beasley, Jr. | /s/ George E. Schulz, Jr. |
|---|---|
| James W. Beasley, Jr. | George E. Schulz, Jr. |
| eservice@beasleylaw.net | Florida Bar No. 169507 |
| Florida Bar No. 145750 | Email: buddy.schulz@hklaw.com |
| Joseph G. Galardi | HOLLAND & KNIGHT LLP |
| galardi@beasleylaw.net | 50 North Laura Street, Suite 3900 |
| Florida Bar No. 180572 | Jacksonville, FL 32202 |
| Andrew S. Kwan | Telephone: (904) 353-2000 |
| kwan@beasleylaw.net | Facsimile: (904) 358-1872 |
| Florida Bar No. 76539 | |
| BEASLEY KRAMER & GALARDI, P.A. | Philip E. Rothschild, Esq. |
| 505 South Flagler Drive, Suite 1500 | Florida Bar No. 0088536 |

West Palm Beach, Florida 33401
Tel: (561) 835-0900
Fax: (561) 835-0939

Matthew D. Powers *(pro hac vice)*
Matthew.powers@tensegritylawgroup.com
Paul T. Ehrlich *(pro hac vice)*
paul.ehrlich@tensegritylawgroup.com
Azra Hadzimehmedovic
azra@tensegritylawgroup.com
Aaron M. Nathan *(pro hac vice)*
aaron.nathan@tensegritylawgroup.com
Lital Leichtag-Fuks *(pro hac vice)*
lital@tensegritylawgroup.com
Yi Chen *(pro hac vice)*
yi.chen@tensegritylawgroup.com
TENSEGRITY LAW GROUP LLP
555 Twin Dolphin Drive, Suite 650
Redwood Shores, CA 94065
Phone: (650) 802-6000
Fax: (650) 802-6001

*Attorneys for WI-LAN USA, INC. and WI-LAN INC.*

Email: phil.rothschild@hklaw.com
515 East Las Olas Blvd., 12th Floor
Fort Lauderdale, FL 33301
Telephone: (954) 525-1000
Facsimile: (954) 463-2030

Joshua C. Krumholz, Esq. *(pro hac vice)*
Email: Joshua.krumholz@hklaw.com
Jacob K. Baron, Esq. *(pro hac vice)*
Email: Jacob.baron@hklaw.com
Jacob W. Schneider, Esq. *(pro hac vice)*
Email: Jacob.schneider@hklaw.com
Mark T. Goracke, Esq. *(pro hac vice)*
Email: mark.goracke@hklaw.com
HOLLAND & KNIGHT LLP
10 St. James Avenue; 11th Floor
Boston, MA 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

*Attorneys for Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 12, 2017, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will issue an electronic notification of filing to all counsel of record.

/s/ *Joseph G. Galardi*
Joseph G. Galardi